# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTHERFORD BRIERS III, an individual<br><br>   Plaintiff,<br><br>v.<br><br>DEVRY UNIVERSITY, a business entity form unknown; and DOES 1-100, inclusive,<br><br>   Defendants. | Case No: CV12-5816- DMG (PJWx)<br><br>**ORDER RE DISMISSAL OF ACTION [16]** |

Having reviewed the parties' Joint Stipulation for Dismissal, and good cause appearing therefor, IT IS HEREBY ORDERED that the above-captioned action be and is hereby dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1).

**IT IS SO ORDERED.**

DATED:  January 17, 2013

_____
DOLLY M. GEE
United States District Judge

**[PROPOSED]** ORDER RE DISMISSAL OF ACTION

15114967v.1